ORIGINAL

AYABE, CHONG, NISHIMOTO, SIA & NAKAMURA
A Limited Liability Law Partnership

RICHARD F. NAKAMURA  1817-0
1003 Bishop Street, Suite 2500
Honolulu, Hawaii  96813
Telephone:  808-537-6119
Telecopier:  808-526-3491
E-mail:     richard.nakamura@hawadvocate.com

Attorney for Defendant
MARRIOTT VACATION WORLDWIDE
CORP dba MARRIOTT VACATION CLUB
INTERNATIONAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JAN 17 2013
at 11 o'clock and 40 min. ___ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KATHLEEN BOSCHETTO and JOSEPH A. BOSCHETTO,<br><br>            Plaintiffs,<br><br>    vs.<br><br>MARRIOTT VACATION WORLDWIDE CORP dba MARRIOTT VACATION CLUB INTERNATIONAL; MARRIOTT OWNERSHIP RESORTS, INC.; MARRIOTT HOTEL SERVICES, INC.; KO OLINA COMMUNITY ASSOCIATION, INC.; and DOES 2-20,<br><br>            Defendants. | CIVIL NO. CV13 00030 RLP<br>(Other Non-Vehicle Tort)<br><br>NOTICE OF REMOVAL OF CIVIL ACTION; EXHIBIT A; CERTIFICATE OF SERVICE<br><br><br>NO TRIAL DATE SET |

## NOTICE OF REMOVAL OF CIVIL ACTION

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Defendant MARRIOTT VACATION WORLDWIDE CORP dba MARRIOTT VACATION CLUB INTERNATIONAL ("Removing Defendant"), by and through its attorneys, gives notice of the removal of this action to this court, pursuant to 28 U.S.C. §1441, et seq. and 28 U.S.C. §1332. In support, the Removing Defendant states:

1. On January 15, 2012, Plaintiffs KATHLEEN BOSCHETTO and JOSEPH A. BOSCHETTO ("Plaintiffs") initiated this action by filing a Complaint in the Circuit Court of the First Circuit of the State of Hawaii. Plaintiffs have filed a First Amended Complaint on December 7, 2012. In accordance with 28 U.S.C. §1446(a), a copy of the state court file in this action, is attached as Exhibit "A". No further proceedings have been had in the state court as of the date of filing of this Notice of Removal.

2. This action may be removed to this court pursuant to 28 U.S.C. §1441, et seq. because this court has original jurisdiction over this action pursuant to 28 U.S.C. §1332. Pursuant to 28 U.S.C. §1446(b), this Notice of Removal is timely filed within 30 days of first receipt of the First Amended Complaint.

3. The matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs. The First Amended Complaint states that Plaintiff

KATHLEEN BOSCHETTO has "suffered and sustained serious permanent bodily injury, shock and embarrassment, pain of body and mind, and emotional and mental distress" and "has been unable to pursue her activities, including hobbies, travel and other endeavors and/or otherwise fully enjoy her life with her family and friends."

4.  Taking into account only those parties that have not been fraudulently joined, this action is between citizens or entities of different states. For purposes of determining diversity of citizenship under 28 U.S.C. §1332, fraudulently joined defendants are disregarded and need not join in the notice of removal. All defendants, other than those fraudulently joined, join in this Notice of Removal.

(a)  Removing Defendant is informed and believes that Plaintiffs are now, and were at the time of the filing of the First Amended Complaint and at all times intervening, citizens of the State of New Hampshire. First Amended Complaint ¶1.

(b)  Removing Defendant MARRIOTT VACATION WORLDWIDE CORP dba MARRIOTT VACATION CLUB INTERNATIONAL was at the time of the filing of the First Amended Complaint and continues to be as of today, a Delaware corporation doing business in the City and County of Honolulu, State of Hawaii.

(c) Plaintiffs name MARRIOTT VACATION WORLDWIDE CORP dba MARRIOTT VACATION CLUB INTERNATIONAL as a defendant. Plaintiffs also name MARRIOTT OWNERSHIP RESORTS, INC., MARRIOTT HOTEL SERVICES, INC., KO OLINA COMMUNITY ASSOCIATION, INC., and DOES 2-20 as defendants to this action. Defendants MARRIOTT OWNERSHIP RESORTS, INC. and KO OLINA COMMUNITY ASSOCIATION, INC. were dismissed without prejudice on January 4, 2013. For purposes of removal, the citizenship of defendants sued under fictitious names is disregarded, and so the joinder of these defendants cannot defeat this court's diversity jurisdiction over this action. See 28 U.S.C. §§1441(a).

5. The First Amended Complaint alleges causes of action for negligence against Removing Defendant. First Amended Complaint ¶¶ 10, 11, 12, 13, 14, 15, and 16.

6. The Removing Defendant reserves the right to amend or supplement this Notice of Removal.

7. A copy of this Notice of Removal is being filed with the Clerk of the State Court, as provided by law. Written notice of removal is being given to Plaintiffs.

WHEREFORE, Removing Defendant hereby removes this action to this court.

DATED: Honolulu, Hawaii; JAN 17 2013.

RICHARD F. NAKAMURA
Attorney for Defendant
Attorney for Defendant
MARRIOTT VACATION WORLDWIDE
CORP dba MARRIOTT VACATION
CLUB INTERNATIONAL