TRECKER & FRITZ
Attorneys at Law

COLLIN M. (MARTY) FRITZ    1763
ALLEN K. WILLIAMS       2900
820 Mililani Street, Suite 701
Honolulu, Hawaii 96813-2937
Telephone: (808) 528-3900

Attorneys for Plaintiffs

```
1ST CIRCUIT COURT
STATE OF HAWAII
FILED

2012 AUG 29  AM 11: 12

         A. MARPLE
           CLERK
```

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| KATHLEEN BOSCHETTO and JOSEPH A. BOSCHETTO, | CIVIL NO. 12-1-2259-08 · V L C |
| | (Other Non-Vehicle Tort) |
| Plaintiffs, | |
| | COMPLAINT; SUMMONS |
| vs. | |
| KO OLINA COMMUNITY ASSOCIATION, INC.; MARRIOTT OWNERSHIP RESORTS, INC.; MARRIOTT HOTEL SERVICES, INC.; and DOES 1-20, | |
| Defendants. | |

## COMPLAINT

Plaintiffs KATHLEEN BOSCHETTO and JOSEPH A. BOSCHETTO, by and

through their attorneys, Trecker & Fritz, allege and aver as follows:

1.     Plaintiffs KATHLEEN BOSCHETTO and JOSEPH A. BOSCHETTO

(hereinafter jointly referred to as "Plaintiffs") are and at all times relevant herein were

married and residents of the state of New Hampshire.

I do hereby certify that this is a full, true, and
correct copy of the original on file in this office.

Clerk, Family Court, First Circuit, State of Hawaii

EXHIBIT A

2.      Plaintiffs are informed and believe and based on such information and belief herein allege that defendant KO OLINA COMMUNITY ASSOCIATION, INC., is and at all times relevant herein was a Hawaii corporation, and is and was doing business in the City and County of Honolulu, state of Hawaii.

3.      Plaintiffs are informed and believe and based on such information and belief herein allege that defendant MARRIOTT OWNERSHIP RESORTS, INC., is and at all times relevant herein was a corporation organized and existing under the laws of the state of Delaware, doing business in the state of Hawaii under tradenames including, but not limited to, Marriott Vacation Club International.

4.      Plaintiffs are informed and believe and based on such information and belief herein allege that defendant MARRIOTT HOTEL SERVICES, INC., is and at all times relevant herein was a corporation organized and existing under the laws of the state of Delaware, doing business in the state of Hawaii under tradenames including, but not limited to, Marriott's Ko Olina Beach Club.

5.      Plaintiffs are informed and believe and based on such information and belief herein allege that at all times relevant herein, defendants KO OLINA COMMUNITY ASSOCIATION, INC., MARRIOTT OWNERSHIP RESORTS, INC., and/or MARRIOTT HOTEL SERVICES, INC., owned, operated, inspected, developed, constructed, repaired and maintained the Marriott's Ko Olina Beach Club resort located at 92-161 Waipahe Place, Kapolei, Hawaii 96707, and more particularly, the common areas of the Hale Nai'a Tower.

6.      Defendant DOES 1-20 are sued herein under fictitious names for the reason that, despite diligent and good faith efforts to obtain information, their true

2

names and identities are unknown to Plaintiffs, except that they were connected in some manner with the named Defendant and were persons, corporations, divisions, subsidiaries, parent corporations, entities, agents, representatives, associations, affiliates, associates, co-venturers, business entities, employers, employees, servants, vendors, suppliers, manufacturers, sub-contractors and contractors or governmental entities, agencies, or bodies, responsible in some manner presently unknown to Plaintiffs for the injuries and damages to the Plaintiffs; and Plaintiffs ask leave to identify their true names and capacities, activities or responsibilities when the same are ascertained.

7.     On or about January 15, 2012, the Marriott's Ko Olina Beach Club resort, located at 92-161 Waipahe Place, Kapolei, Hawaii 96707, in the City and County of Honolulu, state of Hawaii (hereinafter referred to as "Ko Olina Resort") and more particularly, the Hale Nai'a Tower, was open to the general public, including guests and visitors of guests, and including plaintiff Kathleen Boschetto.

8.     On or about January 15, 2012, an unsafe and dangerous condition existed at the Ko Olina Resort and more particularly, in the common areas of the Hale Nai'a Tower, which caused plaintiff Kathleen Boschetto to trip and fall to the floor, sustaining serious personal injuries.

9.     On or about January 15, 2012, the defendants, and each of them, knew or should have known of the unsafe and dangerous condition existing at the Ko Olina Resort and more particularly, in the common areas of the Hale Nai'a Tower, as described above.

10.     The January 15, 2012 trip and fall and injuries and damages suffered by Plaintiffs, as described herein, were directly and legally caused by the negligence and/or carelessness of the defendants, and each of them, and/or their agents, employees and/or representatives, in failing to inspect, maintain, repair and keep safe the Ko Olina Resort, and more particularly, the common areas of the Hale Nai'a Tower and to adequately warn and/or notify plaintiff Kathleen Boschetto of the unsafe and dangerous condition as described herein, to restrict and/or block off access to and use of the above-described area by plaintiff Kathleen Boschetto, while it was in an unsafe and dangerous condition.

11.     As a direct and proximate cause of the negligence of the defendants, and each of them, as mentioned above, plaintiff Kathleen Boschetto suffered and sustained serious permanent bodily injury, shock and embarrassment, pain of body and mind, and emotional and mental distress.

12.     As a further direct and proximate cause of the negligence of the defendants, and each of them, as mentioned above, the Plaintiffs have incurred expenses for the medical, rehabilitative and related care and treatment for plaintiff Kathleen Boschetto's above-described injuries, in an amount not presently ascertainable, and will incur such expenses in the future. Plaintiffs ask leave of this Court to show the amount of these damages at the time of trial.

13.     As a direct and proximate cause of the negligence of the defendants, and each of them, as mentioned above, plaintiff Kathleen Boschetto was unable to perform her employment duties as she had performed prior to said incident, and thus, has

sustained and will continued to sustain wage losses and/or impairment of earning capacity. Plaintiffs ask leave of this Court to show the same at the time of trial.

14.    As a further direct and proximate cause of the negligence of the defendants, and each of them, as mentioned above, plaintiff Kathleen Boschetto has been unable to pursue her activities, including hobbies, travel and other endeavors and/or otherwise fully enjoy her life with her family and friends.

15.    As a further direct and proximate cause of the negligence of the defendants, and each of them, as mentioned above, plaintiff Joseph A. Boschetto lost the marital support, consortium, companionship, society and fiscal support of plaintiff Kathleen Boschetto, previously had by him with her, and has incurred serious grief and mental distress at seeing plaintiff Kathleen Boschetto injured and in pain from her trip and fall incident, and thereafter.

WHEREFORE, Plaintiffs demand judgment against the defendants, and each of them, for general and special damages in amounts that will be proved at trial, and for their costs, interest from the date of the incident, reasonable attorneys' fees, and such other and further relief as the Court deems just and proper; and Plaintiffs further state that the amounts of their damages as alleged herein fall within the jurisdictional requirement of this Court.

DATED:  Honolulu, Hawaii, August 29, 2012.

COLLIN M. (MARTY) FRITZ
ALLEN K. WILLIAMS
Attorneys for Plaintiffs

5

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| KATHLEEN BOSCHETTO and JOSEPH A. BOSCHETTO, | CIVIL NO. _____ (Other Non-Vehicle Tort) |
| Plaintiffs, | SUMMONS |
| vs. | |
| KO OLINA COMMUNITY ASSOCIATION, INC.; MARRIOTT OWNERSHIP RESORTS, INC.; MARRIOTT HOTEL SERVICES, INC.; and DOES 1-20, | |
| Defendants. | |

## SUMMONS

To the above-named Defendants:   KO OLINA COMMUNITY ASSOCIATION, INC.; MARRIOTT OWNERSHIP RESORTS, INC.; MARRIOTT HOTEL SERVICES, INC.; and DOES 1-20

You are hereby summoned and required to file with the Court and serve upon Trecker & Fritz, Plaintiffs' attorneys, whose address is 820 Mililani Street, Suite 701, Honolulu, Hawaii 96813, an Answer to the Complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

This summons shall not be personally delivered between 10:00 p.m. and 6:00 a.m. on premises not open to the general public, unless a judge of the above-entitled court permits, in writing on this summons, personal delivery during those hours. A

failure to obey this summons may result in an entry of default and default judgment against the disobeying person or party.

DATED:  Honolulu, Hawaii, _____ AUG 2 9 2012

A. MARPLE ( **SEAL** )

CLERK OF THE ABOVE-ENTITLED COURT

2

AYABE, CHONG, NISHIMOTO, SIA & NAKAMURA
A Limited Liability Law Partnership

RICHARD F. NAKAMURA  1817-0
1003 Bishop Street, Suite 2500
Honolulu, Hawaii  96813
Telephone:   808-537-6119
Telecopier:   808-526-3491

Attorney for Defendant
MARRIOTT OWNERSHIP RESORTS, INC.

1ST CIRCUIT COURT
STATE OF HAWAII
FILED

2012 OCT 24  AM 11: 36

N. ANAYA
CLERK

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | | |
|---|---|---|
| KATHLEEN BOSCHETTO and JOSEPH A. BOSCHETTO, | ) ) ) | CIVIL NO. 12-1-2259-08 VLC (Other Non-Vehicle Tort) |
| Plaintiffs, | ) ) ) | DEFENDANT MARRIOTT OWNERSHIP RESORTS, INC.'S |
| vs. | ) ) ) | ANSWER TO COMPLAINT FILED AUGUST 29, 2012; DEMAND FOR |
| KO OLINA COMMUNITY ASSOCIATION, INC.; MARRIOTT OWNERSHIP RESORTS, INC.; MARRIOTT HOTEL SERVICES, INC.; and DOES 1-20, | ) ) ) ) ) ) ) | JURY TRIAL; CERTIFICATE OF SERVICE  Judge:      Virginia L. Crandall NO TRIAL DATE SET |
| Defendants. | ) ) ) ) | |

**DEFENDANT MARRIOTT OWNERSHIP RESORTS, INC.'S ANSWER TO COMPLAINT FILED AUGUST 29, 2012**

COMES NOW Defendant MARRIOTT OWNERSHIP RESORTS, INC.

(hereinafter referred to as "Defendant MORI"), by and through its attorneys Ayabe,

Chong, Nishimoto, Sia & Nakamura, and for answer to the Complaint filed herein,

alleges and avers as follows:

<u>FIRST DEFENSE</u>

1.      Defendant MORI is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraphs 1, 2, 3, 4, 5, 6, and 7 of the Complaint.

2.      Defendant MORI denies the allegations contained in paragraphs 8, 9, 10, 11, 12, 13, 14, and 15 of the Complaint.

<u>SECOND DEFENSE</u>

3.      Plaintiffs were negligent and their negligence was the proximate cause of the damages of which they complain.

<u>THIRD DEFENSE</u>

4.      The Complaint fails to state a cause of action in whole or in part upon which relief can be granted.

<u>FOURTH DEFENSE</u>

5.      Plaintiffs were aware of and voluntarily assumed a risk which was the proximate cause of the damages which they complain.

<u>FIFTH DEFENSE</u>

6.      Defendant MORI pleads the defense of improper service.

<u>SIXTH DEFENSE</u>

7.      Defendant MORI gives notice that it may rely upon the defense of an unavoidable accident.

<u>SEVENTH DEFENSE</u>

8.      Defendant MORI gives notice that it may rely upon the defense of the Plaintiffs' failure to mitigate their damages.

<u>EIGHTH DEFENSE</u>

9.     Defendant MORI gives notice that it may rely upon any and/or all of the affirmative defenses referred to in Rule 8(c) of the Hawaii Rules of Civil Procedure.

<u>NINTH DEFENSE</u>

10.     Defendant MORI raises the defense of comparative negligence.

<u>TENTH DEFENSE</u>

11.     Defendant MORI raises the defense of assumption of risk.

<u>ELEVENTH DEFENSE</u>

12.     Defendant MORI raises the defense of obvious danger.

<u>TWELFTH DEFENSE</u>

13.     Defendant MORI asserts the defense that Plaintiffs had adequate notice of any condition on the floor.

<u>THIRTEENTH DEFENSE</u>

14.     Defendant MORI raises the defense of lack of reasonable notice of any dangerous condition and lack of reasonable opportunity to remedy the condition.

<u>FOURTEENTH DEFENSE</u>

15.     Defendant MORI raises the defense that the condition upon which Plaintiff fell did not constitute an unreasonable risk of harm.

<u>FIFTEENTH DEFENSE</u>

16.     Defendant MORI asserts that Plaintiffs failed to name indispensable parties to this action.

SIXTEENTH DEFENSE

       17.    Defendant MORI relies on the defense of lack of legal or proximate cause.

SEVENTEENTH DEFENSE

       18.    Defendant MORI will rely upon the defense of reasonable expectation.

EIGHTEENTH DEFENSE

       19.    Defendant MORI contends that the premises was constructed according to acceptable industry safety standards and regulations.

NINETEENTH DEFENSE

       20.    Defendant MORI asserts that if Plaintiffs suffered any injuries and/or damages, such injuries and/or damages were the result of the acts or omissions of other parties.

TWENTIETH DEFENSE

       21.    Defendant MORI asserts that any negligence on its part, if any, was not the legal cause of the injuries and/or damages to Plaintiffs.

TWENTY-FIRST DEFENSE

       22.    Defendant MORI denies that its employees, agents and/or servants were negligent in any way.

TWENTY-SECOND DEFENSE

       23.    Defendant MORI relies upon the defense of intervening and superseding cause.

WHEREFORE, Defendant MORI prays that the Complaint be dismissed and it has its cost and such other and further relief as this Court deems just and proper.

DATED:  Honolulu, Hawaii;  ___OCT 2 4 2012___.


_____
RICHARD F. NAKAMURA
Attorney for Defendant
MARRIOTT OWNERSHIP RESORTS, INC.

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | | |
|---|---|---|
| KATHLEEN BOSCHETTO, et al., | ) | CIVIL NO. 12-1-2259-08 VLC |
| | ) | (Other Non-Vehicle Tort) |
| Plaintiffs, | ) | |
| | ) | DEMAND FOR JURY TRIAL |
| vs. | ) | |
| | ) | |
| KO OLINA COMMUNITY | ) | |
| ASSOCIATION, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## DEMAND FOR JURY TRIAL

COMES NOW Defendant MARRIOTT OWNERSHIP RESORTS, INC., by and through its attorneys, Ayabe, Chong, Nishimoto, Sia & Nakamura, and hereby demands trial by jury on all issues so triable herein.

DATED:  Honolulu, Hawaii;  OCT 2 4 2012  _____.

_____
RICHARD F. NAKAMURA
Attorney for Defendant
MARRIOTT OWNERSHIP RESORTS, INC.

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

KATHLEEN BOSCHETTO, et al.,

            Plaintiffs,

         vs.

KO OLINA COMMUNITY
ASSOCIATION, INC., et al.,

            Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)

CIVIL NO. 12-1-2259-08 VLC
(Other Non-Vehicle Tort)

CERTIFICATE OF SERVICE

## CERTIFICATE OF SERVICE

      IT IS HEREBY CERTIFIED that the foregoing document will be duly

served upon the following at their last known address by depositing same in the U.S.

mail, postage prepaid, on OCT 2 4 2012 _____.

          COLLIN M. FRITZ, ESQ.
          ALLEN K. WILLIAMS, ESQ.
          820 Mililani Street, Suite 701
          Honolulu, Hawaii  96813
             Attorneys for Plaintiffs

      DATED:  Honolulu, Hawaii; OCT 2 4 2012 _____.

                     _____
                     RICHARD F. NAKAMURA
                     Attorney for Defendant
                     MARRIOTT OWNERSHIP RESORTS, INC.

00029525.WPD

KAWASHIMA LORUSSO, LLP
A Limited Liability Law Partnership

RANDALL Y. YAMAMOTO  #3274-0
TRACIE M. KOBAYASHI  #9020-0
Topa Financial Center, Fort Street Tower
745 Fort Street, Suite 500
Honolulu, Hawaii  96813
Telephone No. (808)275-0300

Attorneys for Defendant
**KO OLINA COMMUNITY ASSOCIATION, INC.**

2012 OCT 31  PM 2: 01

A. MARPLE
CLERK

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| KATHLEEN BOSCHETTO and JOSEPH A. BOSCHETTO,<br><br>          Plaintiffs,<br><br>     vs.<br><br>KO OLINA COMMUNITY ASSOCIATION, INC.; MARRIOTT OWNERSHIP RESORTS, INC.; MARRIOTT HOTEL SERVICES, INC.; and DOES 1-20,<br><br>          Defendants. | CIVIL NO.  12-1-2259-08 VLC<br>[Other Non-Vehicle Tort]<br><br>DEFENDANT KO OLINA COMMUNITY ASSOCIATION, INC.'S ANSWER TO COMPLAINT FILED ON AUGUST 29, 2012 AND DEMAND FOR JURY TRIAL; DEFENDANT KO OLINA COMMUNITY ASSOCIATION, INC.'S CROSS-CLAIM AGAINST DEFENDANTS MARRIOTT OWNERSHIP RESORTS, INC. AND MARRIOTT HOTEL SERVICES, INC.; CERTIFICATE OF SERVICE |

**DEFENDANT KO OLINA COMMUNITY ASSOCIATION, INC.'S
ANSWER TO COMPLAINT FILED ON AUGUST 29, 2012**

Comes now Defendant KO OLINA COMMUNITY ASSOCIATION, INC.

(hereinafter referred to as "Defendant KOCA"), by and through its

attorneys, KAWASHIMA LORUSSO, LLP, and for an answer to the

Complaint heretofore filed in the above-entitled matter, alleges

and avers as follows:

FIRST DEFENSE

    1.   The Complaint fails to state a claim upon which relief can be granted as against Defendant KOCA.

SECOND DEFENSE

    2.   The allegations contained in Paragraphs 5, 9, 10, 11, 12, 13, 14 and 15 of the Complaint are denied as against Defendant KOCA, and the remaining allegations against the other Defendants contained in the above paragraphs are neither admitted nor denied, since there presently is insufficient knowledge or information to form a belief as to the truth of these allegations.

    3.   The allegations contained in Paragraphs 1, 3, 4, 6, 7 and 8 of the Complaint are neither admitted nor denied, since there presently is insufficient knowledge or information to form a belief as to the truth of these allegations.

    4.   The allegations contained in Paragraph 2 of the Complaint are admitted.

    5.   All other allegations not specifically referred to hereinabove are denied.

THIRD DEFENSE

    6.   Plaintiffs are precluded from recovery by reason of their own negligence which was the sole cause of or the greater cause of the damages and/or by reason of the defense of assumption of risk.

2

## FOURTH DEFENSE

7.   Plaintiffs' own contributory negligence was the proximate cause of the incident and pursuant to H.R.S. §663-31, Plaintiffs' claims are barred or reduced by their own comparative negligence and/or the "open and obvious" factors.

## FIFTH DEFENSE

8.   Plaintiffs are precluded from recovery of that portion of the injury and/or damage which was caused or contributed to by their own negligence.

## SIXTH DEFENSE

9.   Defendant KOCA may rely upon the defense of failure to mitigate damages and/or upon the defense of avoidable consequences.

## SEVENTH DEFENSE

10.   The injuries and damages allegedly sustained by Plaintiffs were not reasonably foreseeable by Defendant KOCA.

## EIGHTH DEFENSE

11.   Plaintiffs assumed the risk of injuries and damages and such voluntary assumption of the risk was the proximate cause of any such injuries and damages.

## NINTH DEFENSE

12.   Plaintiffs' injuries and damages, if any, are the result of negligent or intentional acts or omissions of others over whom Defendant KOCA had no control or authority.

3

TENTH DEFENSE

13.  Defendant KOCA owed no duty and/or breached no duty toward Plaintiffs.

ELEVENTH DEFENSE

14.  Plaintiffs' injuries and damages, if any, were not caused by any dangerous and/or unreasonably hazardous condition on Defendant KOCA's premises.

TWELFTH DEFENSE

15.  Defendant KOCA had neither actual nor constructive knowledge or notice of any defect or deficiency, or hazardous or dangerous condition that posed an unreasonable risk of harm alleged to have caused Plaintiffs' injuries.

THIRTEENTH DEFENSE

16.  Defendant KOCA relies on the defense of superseding and/or intervening cause.

FOURTEENTH DEFENSE

17.  If Plaintiffs sustained any of the injuries or damages as alleged in the Complaint, such injuries or damages were not proximately caused by any acts or conduct of Defendant KOCA.

FIFTEENTH DEFENSE - ALL COUNTS

18.  Defendant KOCA intends to rely upon the defense of lack of privity and/or duty.

SIXTEENTH DEFENSE - ALL COUNTS

19. Defendant KOCA gives notice that it intends to rely upon any other matter constituting an avoidance or affirmative defense as set forth in Rule 8(c) of the <u>Hawaii Rules of Civil Procedure</u>, and that it intends to seek leave to amend its answer to specifically allege those defenses of which it may become aware during the course of discovery or trial of this matter.

WHEREFORE, Defendant KOCA prays that the suit be dismissed and Defendant KOCA be awarded costs or that the jury find the degree of comparative negligence of all parties and that the damages awarded to Plaintiffs be discounted by an amount directly proportional to the total damages as the proportion of Plaintiffs' negligence is to the total negligence that caused the injury and/or damages.

DATED: Honolulu, Hawaii, _____OCT 3 1 2012_____.


_____
RANDALL Y. YAMAMOTO
TRACIE M. KOBAYASHI
Attorneys for Defendant
**KO OLINA COMMUNITY
ASSOCIATION, INC.**

5

## DEMAND FOR JURY TRIAL

Defendant KO OLINA COMMUNITY ASSOCIATION, INC. hereby demands trial by jury on all issues.

DATED: Honolulu, Hawaii, _____OCT 3 1 2012_____.


_____
RANDALL Y. YAMAMOTO
TRACIE M. KOBAYASHI
Attorneys for Defendant
**KO OLINA COMMUNITY
ASSOCIATION, INC.**

6

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | | |
|---|---|---|
| KATHLEEN BOSCHETTO and JOSEPH A. BOSCHETTO, | ) ) ) | CIVIL NO.  12-1-2259-08 VLC [Other Non-Vehicle Tort] |
| Plaintiffs, | ) ) ) | DEFENDANT KO OLINA COMMUNITY ASSOCIATION, INC.'S CROSS-CLAIM |
| vs. | ) ) ) | AGAINST DEFENDANTS MARRIOTT OWNERSHIP RESORTS, INC. AND MARRIOTT HOTEL SERVICES, INC. |
| KO OLINA COMMUNITY ASSOCIATION, INC.; MARRIOTT OWNERSHIP RESORTS, INC.; MARRIOTT HOTEL SERVICES, INC.; and DOES 1-20, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

---

**DEFENDANT KO OLINA COMMUNITY ASSOCIATION, INC.'S
CROSS-CLAIM AGAINST DEFENDANTS MARRIOTT OWNERSHIP
RESORTS, INC. AND MARRIOTT HOTEL SERVICES, INC.**

Comes now Defendant KO OLINA COMMUNITY ASSOCIATION, INC. (herein referred to as CROSS-CLAIMANT), and for Cross-claim against Defendants MARRIOTT OWNERSHIP RESORTS, INC. and MARRIOTT HOTEL SERVICES, INC. (herein "Other Defendants") alleges as follows:

1.   Plaintiffs KATHLEEN BOSCHETTO and JOSEPH A. BOSCHETTO (hereinafter collectively "Plaintiffs") filed a Complaint against all Defendants in the above-captioned action.

2.   If Plaintiffs are injured and damaged as alleged in the Complaint, such injury and damage was caused or proximately resulted from the negligence, breach of duty, strict liability, or other wrongful act or omission of Other Defendants and CROSS-CLAIMANT is in no way at fault or liable therefor.

3.   If CROSS-CLAIMANT is held liable to Plaintiffs, Other Defendants are liable to CROSS-CLAIMANT for the above said wrongful acts.

4.   If any judgment is rendered against CROSS-CLAIMANT, CROSS-CLAIMANT is entitled to reimbursement, contribution and/or indemnity from Other Defendants.

WHEREFORE, CROSS-CLAIMANT prays for judgment as follows:

A.   If it is determined that Plaintiffs have judgment against CROSS-CLAIMANT, that CROSS-CLAIMANT have judgment, jointly and severally, over and against Other Defendants.

B.   If CROSS-CLAIMANT and Other Defendants are deemed to be joint tortfeasors, that the relative degree of fault of each be determined and CROSS-CLAIMANT have judgment, jointly and severally against Other Defendants for any amount over and above CROSS-CLAIMANT's pro rata share of such judgment.

C.   That CROSS-CLAIMANT have judgment, jointly and severally, against Other Defendants for reimbursement, contribution and/or indemnity.

D.   That the Court award CROSS-CLAIMANT costs and attorney's fees.

E.    For such other relief as the Court deems just and equitable in the circumstances.

DATED: Honolulu, Hawaii, _____OCT 3 1 2012_____.

RANDALL Y. YAMAMOTO
TRACIE M. KOBAYASHI
Attorneys for Defendant
**KO OLINA COMMUNITY
ASSOCIATION, INC.**

3

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| KATHLEEN BOSCHETTO and<br>JOSEPH A. BOSCHETTO,<br><br>       Plaintiffs,<br><br>   vs.<br><br>KO OLINA COMMUNITY ASSOCIATION,<br>INC.; MARRIOTT OWNERSHIP<br>RESORTS, INC.; MARRIOTT HOTEL<br>SERVICES, INC.; and DOES 1-20,<br><br>      Defendants. | CIVIL NO.  12-1-2259-08 VLC<br>[Other Non-Vehicle Tort]<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing document will be duly served on the following attorney by hand-delivering to his last known address:

COLLIN M. (MARTY) FRITZ, ESQ.
ALLEN K. WILLIAMS, ESQ.
820 Mililani Street, Suite 701
Honolulu, Hawaii 96813

Attorneys for Plaintiffs
**KATHLEEN BOSCHETTO and JOSEPH A. BOSCHETTO**


RICHARD F. NAKAMURA, ESQ.
Pauahi Tower, Suite 2500
1003 Bishop Street
Honolulu, Hawaii 96813

Attorney for Defendant
**MARRIOTT OWNERSHIP RESORTS, INC.**

DATED: Honolulu, Hawaii, _____ OCT 3 1 2012 _____.


_____
RANDALL Y. YAMAMOTO
TRACIE M. KOBAYASHI
Attorneys for Defendant
**KO OLINA COMMUNITY
ASSOCIATION, INC.**

AYABE, CHONG, NISHIMOTO, SIA & NAKAMURA
A Limited Liability Law Partnership

RICHARD F. NAKAMURA  1817-0
1003 Bishop Street, Suite 2500
Honolulu, Hawaii  96813
Telephone:   808-537-6119

Attorney for Defendant
MARRIOTT OWNERSHIP RESORTS, INC.

1ST CIRCUIT COURT
STATE OF HAWAII
FILED

2012 NOV -7  AM 11: 53

N. ANAYA
CLERK

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| KATHLEEN BOSCHETTO and JOSEPH A. BOSCHETTO, <br><br> Plaintiffs, <br><br> vs. <br><br> KO OLINA COMMUNITY ASSOCIATION, INC.; MARRIOTT OWNERSHIP RESORTS, INC.; MARRIOTT HOTEL SERVICES, INC.; and DOES 1-20, <br><br> Defendants. | CIVIL NO. 12-1-2259-08 VLC (Other Non-Vehicle Tort) <br><br> DEFENDANT MARRIOTT OWNERSHIP RESORTS, INC.'S ANSWER TO DEFENDANT KO OLINA COMMUNITY ASSOCIATION, INC.'S CROSS-CLAIM AGAINST DEFENDANTS MARRIOTT OWNERSHIP RESORTS, INC. AND MARRIOTT HOTEL SERVICES, INC. FILED OCTOBER 31, 2012; CERTIFICATE OF SERVICE |

**DEFENDANT MARRIOTT OWNERSHIP RESORTS, INC.'S ANSWER TO
DEFENDANT KO OLINA COMMUNITY ASSOCIATION, INC.'S CROSS-CLAIM
AGAINST DEFENDANTS MARRIOTT OWNERSHIP RESORTS, INC. AND
MARRIOTT HOTEL SERVICES, INC. FILED OCTOBER 31, 2012**

Defendant MARRIOTT OWNERSHIP RESORTS, INC. ("Defendant

MORI"), by and through its undersigned counsel, Ayabe, Chong, Nishimoto, Sia &

Nakamura, and for answer to the cross-claim filed herein by Defendant KO OLINA

COMMUNITY ASSOCIATION, INC. alleges and avers as follows:

FIRST DEFENSE:

    1.      Defendant MORI admits the allegations contained in paragraph 1 of

the cross-claim.

2.      Defendant MORI denies the allegations contained in paragraphs 2, 3, and 4 as they pertain to it and is without sufficient knowledge or information to admit or deny the remainder of the allegations as they apply to other Defendants.

<u>SECOND DEFENSE</u>:

3.      The cross-claim fails to state a claim against Defendant MORI upon which relief can be granted.

<u>THIRD DEFENSE</u>:

4.      If Plaintiffs were injured and/or damaged as alleged in the Complaint, such injuries and/or damages were caused or contributed to by the negligence or other wrongful acts on the part of one or more of the other parties herein and not by Defendant MORI.

<u>FOURTH DEFENSE</u>:

5.      Defendant MORI incorporates herein all defenses asserted in its answer to Plaintiffs' Complaint.

WHEREFORE, Defendant MORI prays:

1.      That the cross-claim be dismissed as to it.

2.      That it has its costs and fees incurred herein.

DATED:  Honolulu, Hawaii;  _____NOV - 1 2012_____.


_____
RICHARD F. NAKAMURA
Attorney for Defendant
MARRIOTT OWNERSHIP RESORTS, INC.

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | | |
|---|---|---|
| KATHLEEN BOSCHETTO, et al., | ) | CIVIL NO. 12-1-2259-08 VLC |
| | ) | (Other Non-Vehicle Tort) |
| Plaintiffs, | ) | |
| | ) | CERTIFICATE OF SERVICE |
| vs. | ) | |
| | ) | |
| KO OLINA COMMUNITY | ) | |
| ASSOCIATION, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that the foregoing document will be duly

served upon the following at their last known addresses by depositing same in the U.S.

mail, postage prepaid, on _____NOV – 7 2012___.

COLLIN M. FRITZ, ESQ.
ALLEN K. WILLIAMS, ESQ.
820 Mililani Street, Suite 701
Honolulu, Hawaii  96813
    Attorneys for Plaintiffs

RANDALL Y. YAMAMOTO, ESQ.
TRACIE M. KOBAYASHI, ESQ.
745 Fort Street, Suite 500
Honolulu, Hawaii  96813
    Attorneys for Defendant
    KO OLINA COMMUNITY ASSOCIATION, INC.

DATED:  Honolulu, Hawaii; _____NOV – 7 2012_____

_____
RICHARD F. NAKAMURA
Attorney for Defendant
MARRIOTT OWNERSHIP RESORTS, INC.

TRECKER & FRITZ
Attorneys at Law

FIRST CIRCUIT COURT
STATE OF HAWAII
FILED

COLLIN M. (MARTY) FRITZ      1763
ALLEN K. WILLIAMS            2900
820 Mililani Street, Suite 701
Honolulu, Hawaii 96813-2937
Telephone: (808) 528-3900

2012 NOV -9  AM 11: 18

B. TERAOKA
CLERK

Attorneys for Plaintiffs

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| KATHLEEN BOSCHETTO and JOSEPH A. BOSCHETTO, | CIVIL NO. 12-1-2259-08 VLC (Other Non-Vehicle Tort) |
| Plaintiffs, | PLAINTIFFS' MOTION TO CERTIFY AND IDENTIFY MARRIOTT VACATION WORLDWIDE CORP dba MARRIOTT VACATION CLUB INTERNATIONAL AS DEFENDANT DOE 1 AND TO FILE FIRST AMENDED COMPLAINT; DECLARATION OF ALLEN K. WILLIAMS; EXHIBIT "1"; AND CERTIFICATE OF SERVICE |
| vs. | |
| KO OLINA COMMUNITY ASSOCIATION, INC.; MARRIOTT OWNERSHIP RESORTS, INC.; MARRIOTT HOTEL SERVICES, INC.; and DOES 1-20, | |
| Defendants. | |
| | [NON-HEARING MOTION] |
| | Trial Date: None |

PLAINTIFFS' MOTION TO CERTIFY AND IDENTIFY MARRIOTT VACATION
WORLDWIDE CORP dba MARRIOTT VACATION CLUB INTERNATIONAL AS
DEFENDANT DOE 1 AND TO FILE FIRST AMENDED COMPLAINT

Plaintiff above-named, by and through their attorneys of record, Trecker & Fritz, move

this Court to certify the identity of Defendant Doe 1 as MARRIOTT VACATION

WORLDWIDE CORP dba MARRIOTT VACATION CLUB INTERNATIONAL and for an



Order to allow the filing of the First Amended Complaint to name specifically said identified Defendant, as set forth in attached Exhibit "1".

This motion is made pursuant to Rules 7 and 15, 17(d)(3), *Hawaii Rules of Civil Procedure,* and is based upon the attached declaration of counsel and the records and files in this case. No trial has been scheduled as of this date.

DATED: Honolulu, Hawaii, November 9, 2012.


COLLIN M. (MARTY) FRITZ
ALLEN K. WILLIAMS
Attorneys for Plaintiffs

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

KATHLEEN BOSCHETTO and
JOSEPH A. BOSCHETTO,

               Plaintiffs,

       vs.

KO OLINA COMMUNITY ASSOCIATION,
INC.; MARRIOTT OWNERSHIP
RESORTS, INC.; MARRIOTT HOTEL
SERVICES, INC.; and DOES 1-20,

               Defendants.

CIVIL NO. 12-1-2259-08 VLC
(Other Non-Vehicle Tort)

DECLARATION OF ALLEN K.
WILLIAMS; EXHIBIT "1"

## DECLARATION OF ALLEN K. WILLIAMS

ALLEN K. WILLIAMS declares as follows:

1.    I am a partner with the law firm of Trecker & Fritz, attorneys for Plaintiff, and am duly licensed to practice law in the State of Hawaii.

2.    I am familiar with the facts and circumstances surrounding this matter and make this statement based upon personal knowledge.

3.    On October 6, 2010, Plaintiffs filed their Complaint, which named KO OLINA COMMUNITY ASSOCIATION, INC., MARRIOTT OWNERSHIP RESORTS, INC., and MARRIOTT HOTEL SERVICES, INC. as defendants.

4.    It is alleged in the Complaint that Plaintiff KATHLEEN BOSCHETTO sustained serious personal injuries when she tripped and fell in the common areas of the Hale Nai'a Tower of the Marriott's Ko Olina Beach Club resort, located at 92-161 Waipahe Place, Kapolei, Hawaii 96707, on January 15, 2012.

5.      Plaintiffs alleged in the Complaint that the common areas of the Hale Nai'a Tower where Plaintiff KATHLEEN BOSCHETTO fell was unsafe and dangerous.

6.      At the time of the above-mentioned incident, Plaintiff KATHLEEN BOSCHETTO was a guest at Marriott's Ko Olina Beach Club.

7.      Subsequent to the filing of the Complaint, I learned, through discussions with Counsel for Defendant MARRIOTT OWNERSHIP RESORTS, INC., Mr. Richard Nakamura, that the entity that was responsible for the maintenance of the common areas of the Hale Nai'a Tower where Plaintiff KATHLEEN BOSCHETTO fell may be MARRIOTT VACATION WORLDWIDE CORP dba MARRIOTT VACATION CLUB INTERNATIONAL.

8.      Accordingly, Plaintiffs hereby identify MARRIOTT VACATION WORLDWIDE CORP dba MARRIOTT VACATION CLUB INTERNATIONAL as Defendant Doe 1.

9.      It is my belief, based on the above, that the Court will find that the naming or identification has been made in good faith and with due diligence.

10.      Attached as Exhibit "1" is the proposed First Amended Complaint, which specifically identifies the named Defendants.

11.      It is anticipate that after it is confirmed through discovery that MARRIOTT VACATION WORLDWIDE CORP dba MARRIOTT VACATION CLUB INTERNATIONAL is the sole entity responsible for the maintenance of the subject area of the fall, defendants KO OLINA COMMUNITY ASSOCIATION, INC., MARRIOTT OWNERSHIP RESORTS, INC., and MARRIOTT HOTEL SERVICES, INC. MAINTENANCE may be dismissed from this case.

12.      I have discussed the herein Motion with Defendants' Counsel, Messrs. Richard Nakamura and Randall Yamamoto, and they have advised me that the Defendants do no object to this Motion.

2

Pursuant to Rule 7(g), *Rules of the Circuit Courts*, I declare under penalty of law that the foregoing statements are true and correct.

Executed and Dated:  Honolulu, Hawaii, November 9, 2012.

ALLEN K. WILLIAMS

TRECKER & FRITZ
Attorneys at Law

COLLIN M. (MARTY) FRITZ          1763
ALLEN K. WILLIAMS                2900
820 Mililani Street, Suite 701
Honolulu, Hawaii 96813-2937
Telephone: (808) 528-3900

Attorneys for Plaintiffs

## IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

## STATE OF HAWAII

| | |
|---|---|
| KATHLEEN BOSCHETTO and<br>JOSEPH A. BOSCHETTO,<br><br>                Plaintiffs,<br><br>    vs.<br><br>MARRIOTT VACATION WORLDWIDE<br>CORP dba MARRIOTT VACATION CLUB<br>INTERNATIONAL; MARRIOTT<br>OWNERSHIP RESORTS, INC.;<br>MARRIOTT HOTEL SERVICES, INC.; KO<br>OLINA COMMUNITY ASSOCIATION,<br>INC.; and DOES 2-20,<br><br>                Defendants. | CIVIL NO. <u>12-1-2259-08 VLC</u><br>(Other Non-Vehicle Tort)<br><br>FIRST AMENDED COMPLAINT;<br>SUMMONS |

## FIRST AMENDED COMPLAINT

    Plaintiffs KATHLEEN BOSCHETTO and JOSEPH A. BOSCHETTO, by and through

their attorneys, Trecker & Fritz, allege and aver as follows:

    1.    Plaintiffs KATHLEEN BOSCHETTO and JOSEPH A. BOSCHETTO

(hereinafter jointly referred to as "Plaintiffs") are and at all times relevant herein were married

and residents of the State of New Hampshire.

EXHIBIT "1"

2.      Plaintiffs are informed and believe and based on such information and belief herein allege that Defendant MARRIOTT VACATION WORLDWIDE CORP dba MARRIOTT VACATION CLUB INTERNATIONAL is and at all times relevant herein was a corporation organized and existing under the laws of the State of Delaware, doing business in the State of Hawaii.

3.      Plaintiffs are informed and believe and based on such information and belief herein allege that Defendant MARRIOTT OWNERSHIP RESORTS, INC. is and at all times relevant herein was a corporation organized and existing under the laws of the State of Delaware, doing business in the State of Hawaii under tradenames including, but not limited to, Marriott Vacation Club International.

4.      Plaintiffs are informed and believe and based on such information and belief herein allege that Defendant MARRIOTT HOTEL SERVICES, INC. is and at all times relevant herein was a corporation organized and existing under the laws of the State of Delaware, doing business in the State of Hawaii under tradenames including, but not limited to, Marriott's Ko Olina Beach Club.

5.      Plaintiffs are informed and believe and based on such information and belief herein allege that Defendant KO OLINA COMMUNITY ASSOCIATION, INC. is and at all times relevant herein was a Hawaii corporation, and is and was doing business in the City and County of Honolulu, State of Hawaii.

6.      Plaintiffs are informed and believe and based on such information and belief herein allege that at all times relevant herein, Defendants MARRIOTT VACATION WORLDWIDE CORP dba MARRIOTT VACATION CLUB INTERNATIONAL, KO OLINA COMMUNITY ASSOCIATION, INC., MARRIOTT OWNERSHIP RESORTS, INC., and/or

2

MARRIOTT HOTEL SERVICES, INC., owned, operated, inspected, developed, constructed, repaired and maintained the Marriott's Ko Olina Beach Club resort located at 92-161 Waipahe Place, Kapolei, Hawaii 96707, and more particularly, the common areas of the Hale Nai'a Tower.

7.      Defendant DOES 2-20 are sued herein under fictitious names for the reason that, despite diligent and good faith efforts to obtain information, their true names and identities are unknown to Plaintiffs, except that they were connected in some manner with the named Defendant and were persons, corporations, divisions, subsidiaries, parent corporations, entities, agents, representatives, associations, affiliates, associates, co-venturers, business entities, employers, employees, servants, vendors, suppliers, manufacturers, sub-contractors and contractors or governmental entities, agencies, or bodies, responsible in some manner presently unknown to Plaintiffs for the injuries and damages to the Plaintiffs; and Plaintiffs ask leave to identify their true names and capacities, activities or responsibilities when the same are ascertained.

8.      On or about January 15, 2012, the Marriott's Ko Olina Beach Club resort, located at 92-161 Waipahe Place, Kapolei, Hawaii 96707, in the City and County of Honolulu, state of Hawaii (hereinafter referred to as "Ko Olina Resort") and more particularly, the Hale Nai'a Tower, was open to the general public, including guests and visitors of guests, and including Plaintiff KATHLEEN BOSCHETTO.

9.      On or about January 15, 2012, an unsafe and dangerous condition existed at the Ko Olina Resort and more particularly, in the common areas of the Hale Nai'a Tower, which caused Plaintiff KATHLEEN BOSCHETTO to trip and fall to the floor, and to sustain serious personal injuries.

10.     On or about January 15, 2012, the Defendants, and each of them, knew or should have known of the unsafe and dangerous condition existing at the Ko Olina Resort and more particularly, in the common areas of the Hale Nai'a Tower, as described above.

11.     The January 15, 2012 trip and fall and injuries and damages suffered by Plaintiffs, as described herein, were directly and legally caused by the negligence and/or carelessness of the Defendants, and each of them, and/or their agents, employees and/or representatives, in failing to inspect, maintain, repair and keep safe the Ko Olina Resort, and more particularly, the common areas of the Hale Nai'a Tower and to adequately warn and/or notify Plaintiff KATHLEEN BOSCHETTO of the unsafe and dangerous condition as described herein, to restrict and/or block off access to and use of the above-described area by Plaintiff KATHLEEN BOSCHETTO, while it was in an unsafe and dangerous condition.

12.     As a direct and proximate cause of the negligence of the Defendants, and each of them, as mentioned above, Plaintiff KATHLEEN BOSCHETTO suffered and sustained serious permanent bodily injury, shock and embarrassment, pain of body and mind, and emotional and mental distress.

13.     As a further direct and proximate cause of the negligence of the Defendants, and each of them, as mentioned above, the Plaintiffs have incurred expenses for the medical, rehabilitative and related care and treatment for Plaintiff KATHLEEN BOSCHETTO's above-described injuries, in an amount not presently ascertainable, and will incur such expenses in the future. Plaintiffs ask leave of this Court to show the amount of these damages at the time of trial.

14.     As a direct and proximate cause of the negligence of the Defendants, and each of them, as mentioned above, Plaintiff KATHLEEN BOSCHETTO was unable to perform her employment duties as she had performed prior to said incident, and thus, has sustained and will

continued to sustain wage losses and/or impairment of earning capacity. Plaintiffs ask leave of this Court to show the same at the time of trial.

15.     As a further direct and proximate cause of the negligence of the Defendants, and each of them, as mentioned above, Plaintiff KATHLEEN BOSCHETTO has been unable to pursue her activities, including hobbies, travel and other endeavors and/or otherwise fully enjoy her life with her family and friends.

16.     As a further direct and proximate cause of the negligence of the Defendants, and each of them, as mentioned above, Plaintiff JOSEPH A. BOSCHETTO lost the marital support, consortium, companionship, society and fiscal support of Plaintiff KATHLEEN BOSCHETTO, previously had by him with her, and has incurred serious grief and mental distress at seeing Plaintiff KATHLEEN BOSCHETTO injured and in pain from her trip and fall incident, and thereafter.

WHEREFORE, Plaintiffs demand judgment against the Defendants, and each of them, for general and special damages in amounts that will be proved at trial, and for their costs, interest from the date of the incident, reasonable attorneys' fees, and such other and further relief as the Court deems just and proper; and Plaintiffs further state that the amounts of their damages as alleged herein fall within the jurisdictional requirement of this Court.

DATED:  Honolulu, Hawaii, _____.


_____
COLLIN M. (MARTY) FRITZ
ALLEN K. WILLIAMS
Attorneys for Plaintiffs

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| KATHLEEN BOSCHETTO and JOSEPH A. BOSCHETTO, | CIVIL NO. <u>12-1-2259-08 VLC</u> (Other Non-Vehicle Tort) |
| Plaintiffs, | SUMMONS |
| vs. | |
| MARRIOTT VACATION WORLDWIDE CORP dba MARRIOTT VACATION CLUB INTERNATIONAL; MARRIOTT OWNERSHIP RESORTS, INC.; MARRIOTT HOTEL SERVICES, INC.; KO OLINA COMMUNITY ASSOCIATION, INC.; and DOES 2-20, | |
| Defendants. | |

## SUMMONS

To the above-named Defendants:    MARRIOTT VACATION WORLDWIDE CORP dba
MARRIOTT VACATION CLUB INTERNATIONAL;
MARRIOTT OWNERSHIP RESORTS, INC.;
MARRIOTT HOTEL SERVICES, INC.; KO OLINA
COMMUNITY ASSOCIATION, INC.; and DOES 2-20

You are hereby summoned and required to file with the Court and serve upon Trecker &

Fritz, Plaintiffs' attorneys, whose address is 820 Mililani Street, Suite 701, Honolulu, Hawaii

96813, an Answer to the First Amended Complaint which is herewith served upon you, within

20 days after service of this summons upon you, exclusive of the day of service. If you fail to do

so, judgment by default will be taken against you for the relief demanded in the First Amended

Complaint.

This summons shall not be personally delivered between 10:00 p.m. and 6:00 a.m. on premises not open to the general public, unless a judge of the above-entitled court permits, in writing on this summons, personal delivery during those hours.  A failure to obey this summons may result in an entry of default and default judgment against the disobeying person or party.

DATED:  Honolulu, Hawaii, _____.


_____
CLERK OF THE ABOVE-ENTITLED COURT

<u>CERTIFICATE OF SERVICE</u>

I certify that on November 9, 2012, a true and complete copy of the foregoing Motion

was duly served on the above-noticed parties or their counsel by hand delivery:

Richard F. Nakamura, Esq.
Ayabe, Chong, Nishimoto, Sia & Nakamura
1003 Bishop Street, Suite 2500
Honolulu, Hawaii 96813

Attorneys for Defendant
MARRIOTT OWNERSHIP RESORTS, INC.

Randall Y. Yamamoto
Kawashima Lorusso, LLP
Topa Financial Center, Fort Street Tower
745 Fort St. Mall, Ste. 500
Honolulu, Hawaii 96813

Attorneys for Defendant
KO OLINA COMMUNITY ASSOCIATION, INC.

DATED:  Honolulu, Hawaii, November 9, 2012.


COLLIN M. (MARTY) FRITZ
ALLEN K. WILLIAMS
Attorneys for Plaintiffs

00029582.WPD

KAWASHIMA LORUSSO, LLP
A Limited Liability Law Partnership

RANDALL Y. YAMAMOTO  #3274-0
TRACIE M. KOBAYASHI  #9020-0
Topa Financial Center, Fort Street Tower
745 Fort Street, Suite 500
Honolulu, Hawaii  96813
Telephone No. (808)275-0300

Attorneys for Defendant
**KO OLINA COMMUNITY ASSOCIATION, INC.**

2012 NOV 14  AM 11: 55

J. KUBO
CLERK

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| KATHLEEN BOSCHETTO and JOSEPH A. BOSCHETTO,<br><br>        Plaintiffs,<br><br>    vs.<br><br>KO OLINA COMMUNITY ASSOCIATION, INC.; MARRIOTT OWNERSHIP RESORTS, INC.; MARRIOTT HOTEL SERVICES, INC.; and DOES 1-20,<br><br>        Defendants. | CIVIL NO.  12-1-2259-08 VLC<br>[Other Non-Vehicle Tort]<br><br>DEFENDANT KO OLINA COMMUNITY ASSOCIATION, INC.'S STATEMENT OF NO OBJECTION TO PLAINTIFFS' MOTION TO CERTIFY AND IDENTIFY MARRIOTT VACATION WORLDWIDE CORP dba MARRIOTT VACATION CLUB INTERNATIONAL AS DEFENDANT DOE 1 AND TO FILE FIRST AMENDED COMPLAINT, FILED ON NOVEMBER 9, 2012; CERTIFICATE OF SERVICE<br><br>(Non-Hearing Motion) |

**DEFENDANT KO OLINA COMMUNITY ASSOCIATION, INC.'S STATEMENT OF NO OBJECTION TO PLAINTIFFS' MOTION TO CERTIFY AND IDENTIFY MARRIOTT VACATION WORLDWIDE CORP dba MARRIOTT VACATION CLUB INTERNATIONAL AS DEFENDANT DOE 1 AND TO FILE FIRST AMENDED COMPLAINT, FILED ON NOVEMBER 9, 2012**

Pursuant to Rule 7(c) of the Rules of the Circuit Courts, Defendant KO OLINA COMMUNITY ASSOCIATION, INC., by and through its attorneys KAWASHIMA LORUSSO, LLP, hereby states that it has no objections to Plaintiffs' Motion to Certify and

Identify Marriott Vacation Worldwide Corp dba Marriott Vacation Club International as Defendant Doe 1 and to File First Amended Complaint, filed on November 9, 2012.

DATED: Honolulu, Hawaii, _____ NOV 1 4 2012 _____.

RANDALL Y. YAMAMOTO
TRACIE M. KOBAYASHI
Attorneys for Defendant
**KO OLINA COMMUNITY
ASSOCIATION, INC.**

2

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

KATHLEEN BOSCHETTO and  )   CIVIL NO.   12-1-2259-08 VLC
JOSEPH A. BOSCHETTO,    )   [Other Non-Vehicle Tort]
                        )
          Plaintiffs,   )   CERTIFICATE OF SERVICE
                        )
     vs.                )
                        )
KO OLINA COMMUNITY ASSOCIATION, )
INC.; MARRIOTT OWNERSHIP )
RESORTS, INC.; MARRIOTT HOTEL )
SERVICES, INC.; and DOES 1-20, )
                        )
          Defendants.   )
_____)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing document will be duly served on the following attorneys by hand-delivering to their last known addresses:

      COLLIN M. (MARTY) FRITZ, ESQ.
      ALLEN K. WILLIAMS, ESQ.
      820 Mililani Street, Suite 701
      Honolulu, Hawaii 96813

      Attorneys for Plaintiffs
      **KATHLEEN BOSCHETTO and JOSEPH A. BOSCHETTO**

      RICHARD F. NAKAMURA, ESQ.
      Pauahi Tower, Suite 2500
      1003 Bishop Street
      Honolulu, Hawaii 96813

      Attorney for Defendant
      **MARRIOTT OWNERSHIP RESORTS, INC.**

DATED: Honolulu, Hawaii, _____NOV 1 4 2012_____.

_____
RANDALL Y. YAMAMOTO
TRACIE M. KOBAYASHI
Attorneys for Defendant
**KO OLINA COMMUNITY
ASSOCIATION, INC.**

AYABE, CHONG, NISHIMOTO, SIA & NAKAMURA
A Limited Liability Law Partnership

1ST CIRCUIT COURT
STATE OF HAWAII
FILED

2012 NOV 15  PM 3: 02

N. ANAYA
CLERK

RICHARD F. NAKAMURA  1817-0
1003 Bishop Street, Suite 2500
Honolulu, Hawaii  96813
Telephone:   808-537-6119

Attorney for Defendant
MARRIOTT OWNERSHIP RESORTS, INC.

## IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

## STATE OF HAWAII

| | |
|---|---|
| KATHLEEN BOSCHETTO and JOSEPH A. BOSCHETTO,<br><br>Plaintiffs,<br><br>vs.<br><br>KO OLINA COMMUNITY ASSOCIATION, INC.; MARRIOTT OWNERSHIP RESORTS, INC.; MARRIOTT HOTEL SERVICES, INC.; and DOES 1-20,<br><br>Defendants. | CIVIL NO. 12-1-2259-08 VLC<br>(Other Non-Vehicle Tort)<br><br>DEFENDANT MARRIOTT OWNERSHIP RESORTS, INC.'S STATEMENT OF NO POSITION TO PLAINTIFFS' MOTION TO CERTIFY AND IDENTIFY MARRIOTT VACATION WORLDWIDE CORP DBA MARRIOTT VACATION CLUB INTERNATIONAL AS DEFENDANT DOE 1 AND TO FILE FIRST AMENDED COMPLAINT, FILED NOVEMBER 9, 2012; CERTIFICATE OF SERVICE<br><br>NONHEARING MOTION<br><br>JUDGE:    Virginia L. Crandall<br>NO TRIAL DATE SET |

**DEFENDANT MARRIOTT OWNERSHIP RESORTS, INC.'S STATEMENT OF NO POSITION TO PLAINTIFFS' MOTION TO CERTIFY AND IDENTIFY MARRIOTT VACATION WORLDWIDE CORP DBA MARRIOTT VACATION CLUB INTERNATIONAL AS DEFENDANT DOE 1 AND TO FILE FIRST AMENDED COMPLAINT, FILED NOVEMBER 9, 2012**

Defendant MARRIOTT OWNERSHIP RESORTS, INC., by and through its

attorneys, Ayabe, Chong, Nishimoto, Sia & Nakamura, hereby states that it take no

position as to Plaintiffs' Motion to Certify and Identify Marriott Vacation Worldwide Corp

dba Marriott Vacation Club International as Defendant Doe 1 and to File First Amended

Complaint, filed November 9, 2012.

DATED:  Honolulu, Hawaii; _____NOV 15 2012_____.


_____
RICHARD F. NAKAMURA
Attorney for Defendant
MARRIOTT OWNERSHIP RESORTS, INC.

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | | |
|---|---|---|
| KATHLEEN BOSCHETTO, et al., | ) | CIVIL NO. 12-1-2259-08 VLC |
| | ) | (Other Non-Vehicle Tort) |
| Plaintiffs, | ) | |
| | ) | CERTIFICATE OF SERVICE |
| vs. | ) | |
| | ) | |
| KO OLINA COMMUNITY | ) | |
| ASSOCIATION, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that the foregoing document will be duly

served upon the following at their last known addresses by depositing same in the U.S.

mail, postage prepaid, on _____NOV 1 5 2012_____.

COLLIN M. FRITZ, ESQ.
ALLEN K. WILLIAMS, ESQ.
820 Mililani Street, Suite 701
Honolulu, Hawaii  96813
    Attorneys for Plaintiffs

RANDALL Y. YAMAMOTO, ESQ.
TRACIE M. KOBAYASHI, ESQ.
745 Fort Street, Suite 500
Honolulu, Hawaii  96813
    Attorneys for Defendant
KO OLINA COMMUNITY ASSOCIATION, INC.

DATED:  Honolulu, Hawaii; _____NOV 1 5 2012_____.


_____
RICHARD F. NAKAMURA
Attorney for Defendant
MARRIOTT OWNERSHIP RESORTS, INC.

TRECKER & FRITZ
Attorneys at Law

COLLIN M. (MARTY) FRITZ          1763
ALLEN K. WILLIAMS                2900
820 Mililani Street, Suite 701
Honolulu, Hawaii 96813-2937
Telephone:  (808) 528-3900

Attorneys for Plaintiffs

2012 DEC -7  AM 9: 10

J. KUBO
CLERK

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| KATHLEEN BOSCHETTO and JOSEPH A. BOSCHETTO,<br><br>Plaintiffs,<br><br>vs.<br><br>KO OLINA COMMUNITY ASSOCIATION, INC.; MARRIOTT OWNERSHIP RESORTS, INC.; MARRIOTT HOTEL SERVICES, INC.; and DOES 1-20,<br><br>Defendants. | CIVIL NO. 12-1-2259-08 VLC (Other Non-Vehicle Tort)<br><br>ORDER GRANTING PLAINTIFFS' MOTION TO CERTIFY AND IDENTIFY MARRIOTT VACATION WORLDWIDE CORP dba MARRIOTT VACATION CLUB INTERNATIONAL AS DEFENDANT DOE 1 AND TO FILE FIRST AMENDED COMPLAINT<br><br>[NON-HEARING MOTION]<br><br>Trial Date: None |

ORDER GRANTING PLAINTIFFS' MOTION TO CERTIFY
AND IDENTIFY MARRIOTT VACATION WORLDWIDE CORP
DBA MARRIOTT VACATION CLUB INTERNATIONAL AS
DEFENDANT DOE 1 AND TO FILE FIRST AMENDED COMPLAINT

Plaintiffs above-named filed their MOTION TO CERTIFY AND IDENTIFY

MARRIOTT VACATION WORLDWIDE CORP dba MARRIOTT VACATION CLUB

INTERNATIONAL AS DEFENDANT DOE 1 AND TO FILE FIRST AMENDED

COMPLAINT on November 9, 2012. Defendant KO OLINA COMMUNITY ASSOCIATION,

INC. filed its Statement of No Objection to said Motion on November 14, 2012. Defendant

I do hereby certify that this is a full, true, and correct copy of the original on file in this office.

Clerk, Circuit Court, First Circuit

MARRIOTT OWNERSHIP RESORTS, INC. filed its Statement of No Position to said Motion on November 15, 2012.

Having reviewed the Motion and Statements of No Opposition or No Position, and being fully advised, the Court hereby GRANTS the motion.

DATED:  Honolulu, Hawaii, _____DEC 0 6 2012_____.


VIRGINIA LEA CRANDALL

_____
JUDGE OF THE ABOVE-ENTITLED COURT


APPROVED AS TO FORM:


_____
Richard F. Nakamura
Attorney for Defendant
MARRIOTT OWNERSHIP RESORTS, INC.


_____
Randall Y. Yamamoto
Attorney for Defendant
KO OLINA COMMUNITY ASSOCIATION, INC.


_____
*KATHLEEN BOSCHETTO, et al. vs. KO OLINA COMMUNITY ASSOCIATION, INC., et al.;*
CIVIL NO. 12-1-2259-08 VLC; ORDER GRANTING PLAINTIFFS' MOTION TO CERTIFY
AND IDENTIFY MARRIOTT VACATION WORLDWIDE CORP dba MARRIOTT
VACATION CLUB INTERNATIONAL AS DEFENDANT DOE 1 AND TO FILE FIRST
AMENDED COMPLAINT

2

TRECKER & FRITZ
Attorneys at Law

COLLIN M. (MARTY) FRITZ      1763
ALLEN K. WILLIAMS            2900
820 Mililani Street, Suite 701
Honolulu, Hawaii 96813-2937
Telephone:  (808) 528-3900

Attorneys for Plaintiffs

1ST ... .......
STATE OF HAWAII
FILED

2012 DEC -7  PM 3: 55

J. KUBO
CLERK

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| KATHLEEN BOSCHETTO and JOSEPH A. BOSCHETTO,<br><br>           Plaintiffs,<br><br>    vs.<br><br>MARRIOTT VACATION WORLDWIDE CORP dba MARRIOTT VACATION CLUB INTERNATIONAL; MARRIOTT OWNERSHIP RESORTS, INC.; MARRIOTT HOTEL SERVICES, INC.; KO OLINA COMMUNITY ASSOCIATION, INC.; and DOES 2-20,<br><br>           Defendants. | CIVIL NO. 12-1-2259-08 VLC<br>(Other Non-Vehicle Tort)<br><br>FIRST AMENDED COMPLAINT; SUMMONS |

FIRST AMENDED COMPLAINT

Plaintiffs KATHLEEN BOSCHETTO and JOSEPH A. BOSCHETTO, by and through

their attorneys, Trecker & Fritz, allege and aver as follows:

1.      Plaintiffs KATHLEEN BOSCHETTO and JOSEPH A. BOSCHETTO

(hereinafter jointly referred to as "Plaintiffs") are and at all times relevant herein were married

and residents of the State of New Hampshire.

I do hereby certify that this is a full, true, and correct copy of the original on file in this office.

Clerk, Circuit Court, First Circuit

2.      Plaintiffs are informed and believe and based on such information and belief herein allege that Defendant MARRIOTT VACATION WORLDWIDE CORP dba MARRIOTT VACATION CLUB INTERNATIONAL is and at all times relevant herein was a corporation organized and existing under the laws of the State of Delaware, doing business in the State of Hawaii.

3.      Plaintiffs are informed and believe and based on such information and belief herein allege that Defendant MARRIOTT OWNERSHIP RESORTS, INC. is and at all times relevant herein was a corporation organized and existing under the laws of the State of Delaware, doing business in the State of Hawaii under tradenames including, but not limited to, Marriott Vacation Club International.

4.      Plaintiffs are informed and believe and based on such information and belief herein allege that Defendant MARRIOTT HOTEL SERVICES, INC. is and at all times relevant herein was a corporation organized and existing under the laws of the State of Delaware, doing business in the State of Hawaii under tradenames including, but not limited to, Marriott's Ko Olina Beach Club.

5.      Plaintiffs are informed and believe and based on such information and belief herein allege that Defendant KO OLINA COMMUNITY ASSOCIATION, INC. is and at all times relevant herein was a Hawaii corporation, and is and was doing business in the City and County of Honolulu, State of Hawaii.

6.      Plaintiffs are informed and believe and based on such information and belief herein allege that at all times relevant herein, Defendants MARRIOTT VACATION WORLDWIDE CORP dba MARRIOTT VACATION CLUB INTERNATIONAL, KO OLINA COMMUNITY ASSOCIATION, INC., MARRIOTT OWNERSHIP RESORTS, INC., and/or

2

MARRIOTT HOTEL SERVICES, INC., owned, operated, inspected, developed, constructed, repaired and maintained the Marriott's Ko Olina Beach Club resort located at 92-161 Waipahe Place, Kapolei, Hawaii 96707, and more particularly, the common areas of the Hale Nai'a Tower.

7.     Defendant DOES 2-20 are sued herein under fictitious names for the reason that, despite diligent and good faith efforts to obtain information, their true names and identities are unknown to Plaintiffs, except that they were connected in some manner with the named Defendant and were persons, corporations, divisions, subsidiaries, parent corporations, entities, agents, representatives, associations, affiliates, associates, co-venturers, business entities, employers, employees, servants, vendors, suppliers, manufacturers, sub-contractors and contractors or governmental entities, agencies, or bodies, responsible in some manner presently unknown to Plaintiffs for the injuries and damages to the Plaintiffs; and Plaintiffs ask leave to identify their true names and capacities, activities or responsibilities when the same are ascertained.

8.     On or about January 15, 2012, the Marriott's Ko Olina Beach Club resort, located at 92-161 Waipahe Place, Kapolei, Hawaii 96707, in the City and County of Honolulu, state of Hawaii (hereinafter referred to as "Ko Olina Resort") and more particularly, the Hale Nai'a Tower, was open to the general public, including guests and visitors of guests, and including Plaintiff KATHLEEN BOSCHETTO.

9.     On or about January 15, 2012, an unsafe and dangerous condition existed at the Ko Olina Resort and more particularly, in the common areas of the Hale Nai'a Tower, which caused Plaintiff KATHLEEN BOSCHETTO to trip and fall to the floor, and to sustain serious personal injuries.

3

10.     On or about January 15, 2012, the Defendants, and each of them, knew or should have known of the unsafe and dangerous condition existing at the Ko Olina Resort and more particularly, in the common areas of the Hale Nai'a Tower, as described above.

11.     The January 15, 2012 trip and fall and injuries and damages suffered by Plaintiffs, as described herein, were directly and legally caused by the negligence and/or carelessness of the Defendants, and each of them, and/or their agents, employees and/or representatives, in failing to inspect, maintain, repair and keep safe the Ko Olina Resort, and more particularly, the common areas of the Hale Nai'a Tower and to adequately warn and/or notify Plaintiff KATHLEEN BOSCHETTO of the unsafe and dangerous condition as described herein, to restrict and/or block off access to and use of the above-described area by Plaintiff KATHLEEN BOSCHETTO, while it was in an unsafe and dangerous condition.

12.     As a direct and proximate cause of the negligence of the Defendants, and each of them, as mentioned above, Plaintiff KATHLEEN BOSCHETTO suffered and sustained serious permanent bodily injury, shock and embarrassment, pain of body and mind, and emotional and mental distress.

13.     As a further direct and proximate cause of the negligence of the Defendants, and each of them, as mentioned above, the Plaintiffs have incurred expenses for the medical, rehabilitative and related care and treatment for Plaintiff KATHLEEN BOSCHETTO's above-described injuries, in an amount not presently ascertainable, and will incur such expenses in the future. Plaintiffs ask leave of this Court to show the amount of these damages at the time of trial.

14.     As a direct and proximate cause of the negligence of the Defendants, and each of them, as mentioned above, Plaintiff KATHLEEN BOSCHETTO was unable to perform her employment duties as she had performed prior to said incident, and thus, has sustained and will

4

continued to sustain wage losses and/or impairment of earning capacity. Plaintiffs ask leave of this Court to show the same at the time of trial.

15.     As a further direct and proximate cause of the negligence of the Defendants, and each of them, as mentioned above, Plaintiff KATHLEEN BOSCHETTO has been unable to pursue her activities, including hobbies, travel and other endeavors and/or otherwise fully enjoy her life with her family and friends.

16.     As a further direct and proximate cause of the negligence of the Defendants, and each of them, as mentioned above, Plaintiff JOSEPH A. BOSCHETTO lost the marital support, consortium, companionship, society and fiscal support of Plaintiff KATHLEEN BOSCHETTO, previously had by him with her, and has incurred serious grief and mental distress at seeing Plaintiff KATHLEEN BOSCHETTO injured and in pain from her trip and fall incident, and thereafter.

WHEREFORE, Plaintiffs demand judgment against the Defendants, and each of them, for general and special damages in amounts that will be proved at trial, and for their costs, interest from the date of the incident, reasonable attorneys' fees, and such other and further relief as the Court deems just and proper; and Plaintiffs further state that the amounts of their damages as alleged herein fall within the jurisdictional requirement of this Court.

DATED:  Honolulu, Hawaii, _____ DEC - 7 2012 _____.


COLLIN M. (MARTY) FRITZ
ALLEN K. WILLIAMS
Attorneys for Plaintiffs

5

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

KATHLEEN BOSCHETTO and
JOSEPH A. BOSCHETTO,

                Plaintiffs,

        vs.

MARRIOTT VACATION WORLDWIDE
CORP dba MARRIOTT VACATION CLUB
INTERNATIONAL; MARRIOTT
OWNERSHIP RESORTS, INC.;
MARRIOTT HOTEL SERVICES, INC.; KO
OLINA COMMUNITY ASSOCIATION,
INC.; and DOES 2-20,

                Defendants.

CIVIL NO. 12-1-2259-08 VLC
(Other Non-Vehicle Tort)

SUMMONS

## SUMMONS

To the above-named Defendants:    MARRIOTT VACATION WORLDWIDE CORP dba
                                    MARRIOTT VACATION CLUB INTERNATIONAL;
                                    MARRIOTT OWNERSHIP RESORTS, INC.;
                                    MARRIOTT HOTEL SERVICES, INC.; KO OLINA
                                    COMMUNITY ASSOCIATION, INC.; and DOES 2-20

      You are hereby summoned and required to file with the Court and serve upon Trecker &

Fritz, Plaintiffs' attorneys, whose address is 820 Mililani Street, Suite 701, Honolulu, Hawaii

96813, an Answer to the First Amended Complaint which is herewith served upon you, within

20 days after service of this summons upon you, exclusive of the day of service.  If you fail to do

so, judgment by default will be taken against you for the relief demanded in the First Amended

Complaint.

This summons shall not be personally delivered between 10:00 p.m. and 6:00 a.m. on premises not open to the general public, unless a judge of the above-entitled court permits, in writing on this summons, personal delivery during those hours.  A failure to obey this summons may result in an entry of default and default judgment against the disobeying person or party.

DATED:  Honolulu, Hawaii, _____

DEC - 7 2012

_____
J. K
CLERK OF THE ABOVE-ENTITLED COURT

2

TRECKER & FRITZ
Attorneys at Law

COLLIN M. (MARTY) FRITZ    1763
ALLEN K. WILLIAMS       2900
820 Mililani Street, Suite 701
Honolulu, Hawaii 96813-2937
Telephone: (808) 528-3900

Attorneys for Plaintiffs

1ST CIRCUIT COURT
STATE OF HAWAII
FILED

**2013 JAN -2 PM 3: 37**

N. ANAYA
CLERK

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| KATHLEEN BOSCHETTO and<br>JOSEPH A. BOSCHETTO,<br><br>          Plaintiffs,<br><br>  vs.<br><br>MARRIOTT VACATION WORLDWIDE<br>CORP dba MARRIOTT VACATION CLUB<br>INTERNATIONAL; MARRIOTT<br>OWNERSHIP RESORTS, INC.;<br>MARRIOTT HOTEL SERVICES, INC.; KO<br>OLINA COMMUNITY ASSOCIATION,<br>INC.; and DOES 2-20,<br><br>          Defendants. | CIVIL NO. 12-1-2259-08 VLC<br>(Other Non-Vehicle Tort)<br><br>STIPULATION NO. 1 RE FACT<br><br><br><br><br><br><br><br><br>TRIAL DATE: NONE |

STIPULATION NO. 1 RE FACT

    WHEREAS, Defendant MARRIOTT OWNERSHIP RESORTS, INC. represent as

truthful and accurate, the fact that MARRIOTT OWNERSHIP RESORTS, INC. was not the

occupier of the subject premise at the time of the subject incident.

    WHEREAS, Defendant KO OLINA COMMUNITY ASSOCIATION, INC. represents as

truthful and accurate, the fact that KO OLINA COMMUNITY ASSOCIATION, INC. was not

the occupier of the subject premise at the time of the subject incident.

WHEREAS, as used herein, the term "subject premise" is the location where Plaintiff KATHLEEN BOSCHETTO allegedly fell and injured herself ("subject incident"), which is described in the Complaint as the Marriott's Ko Olina Beach Club resort located at 92-161 Waipahe Place, Kapolei, Hawaii 96707, and more particularly, the common areas of the Hale Nai'a Tower.

WHEREAS, as used herein, the term "occupier of the subject premise" is intended to mean the person or entity that has a duty, under Hawaii law[1], to use reasonable care for the safety of all persons reasonably anticipated to be upon the premises.

WHEREAS, Plaintiffs KATHLEEN BOSCHETTO and JOSEPH A. BOSCHETTO accept Defendant MARRIOTT OWNERSHIP RESORTS, INC.'s and Defendant KO OLINA COMMUNITY ASSOCIATION, INC.'s representation of the above-referenced fact, and ACCORDINGLY,

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs KATHLEEN BOSCHETTO and JOSEPH A. BOSCHETTO and Defendants MARRIOTT OWNERSHIP RESORTS, INC. and KO OLINA COMMUNITY ASSOCIATION, INC., being all the parties who have appeared in this action, by and through their respective Counsel of Record, that it is established as a fact in this action that Defendants MARRIOTT OWNERSHIP RESORTS, INC. and KO OLINA COMMUNITY ASSOCIATION, INC. were not the occupier of the subject premise at the time of the subject incident.

---

1 See, *Pickard v. City and County of Honolulu*, 51 Haw. 134, 452 P.2d 445 (Hawai'i, 1969) and its progeny.

2

DATED:  Honolulu, Hawaii,  ___DEC 2 7 2012___.

_____
COLLIN M. (MARTY) FRITZ
ALLEN K. WILLIAMS
Attorneys for Plaintiffs

DATED:  Honolulu, Hawaii,  ___DEC 2 7 2012___.

_____
RICHARD F. NAKAMURA
Attorney for Defendant
MARRIOTT OWNERSHIP RESORTS, INC.

DATED:  Honolulu, Hawaii,  _December 27, 2012_.

_____
RANDALL Y. YAMAMOTO
Attorney for Defendant
KO OLINA COMMUNITY ASSOCIATION, INC.



APPROVED AND SO ORDERED:
VIRGINIA LEA CRANDALL
_____
JUDGE

---

KATHLEEN BOSCHETTO, et al. vs. MARRIOTT VACATION WORLDWIDE CORP dba
MARRIOTT VACATION CLUB INTERNATIONAL, et al.; CIVIL NO. 12-1-2259-08 VLC;
STIPULATION NO. 1 RE FACT

3

00029756.WPD

KAWASHIMA LORUSSO, LLP
A Limited Liability Law Partnership

RANDALL Y. YAMAMOTO   #3274-0
TRACIE M. KOBAYASHI   #9020-0
Topa Financial Center, Fort Street Tower
745 Fort Street, Suite 500
Honolulu, Hawaii  96813
Telephone No. (808)275-0300

Attorneys for Defendant
**KO OLINA COMMUNITY ASSOCIATION, INC.**

1ST CIRCUIT COURT
STATE OF HAWAII
FILED

2013 JAN -4  PM 2:28

N. ANAYA
CLERK

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| KATHLEEN BOSCHETTO and JOSEPH A. BOSCHETTO,<br><br>          Plaintiffs,<br><br>     vs.<br><br>KO OLINA COMMUNITY ASSOCIATION, INC.; MARRIOTT OWNERSHIP RESORTS, INC.; MARRIOTT HOTEL SERVICES, INC.; and DOES 1-20,<br><br>          Defendants. | CIVIL NO.  12-1-2259-08 VLC<br>[Other Non-Vehicle Tort]<br><br>STIPULATION FOR PARTIAL DISMISSAL WITHOUT PREJUDICE OF ALL CLAIMS AS AGAINST DEFENDANTS MARRIOTT OWNERSHIP RESORTS, INC. AND KO OLINA COMMUNITY ASSOCIATION, INC. |

**STIPULATION FOR PARTIAL DISMISSAL WITHOUT PREJUDICE
OF ALL CLAIMS AS AGAINST DEFENDANTS MARRIOTT OWNERSHIP
RESORTS, INC. AND KO OLINA COMMUNITY ASSOCIATION, INC.**

WHEREAS, in reliance of a fact that is established in this action pursuant to the Stipulation No. 1 Re Fact, filed on January 2, 2013;

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs KATHLEEN BOSCHETTO and JOSEPH A. BOSCHETTO and Defendants MARRIOTT OWNERSHIP RESORTS, INC. and KO OLINA COMMUNITY

ASSOCIATION, INC., being all the parties who have appeared in this action, by and through their respective Counsel of Record, that pursuant to Rule 41 (a)(1 )(B) and Rule 41(c), *Hawaii Rules of Civil Procedure,* all claims and cross-claims as against Defendants MARRIOTT OWNERSHIP RESORTS, INC. and KO OLINA COMMUNITY ASSOCIATION, INC. are dismissed without prejudice.

This Stipulation for Partial Dismissal Without Prejudice of All Claims as Against Defendants Marriott Ownership Resorts, Inc. and Ko Olina Community Association, Inc. has been signed by Counsel for all Parties who have appeared in this action.

No trial date has been assigned.

Each party is to bear its own costs and attorneys' fees.

All claims as against Defendants MARRIOTT VACATION WORLDWIDE CORP dba MARRIOTT VACATION CLUB INTERNATIONAL and DOES 2-20 remain in this action.

Defendants MARRIOTT VACATION WORLDWIDE CORP dba MARRIOTT VACATION CLUB INTERNATIONAL and DOES 2-20 have not appeared in this action.

DATED: Honolulu, Hawaii, _____ JAN 0 3 2013 _____.


COLLIN M. (MARTY) FRITZ
ALLEN K. WILLIAMS
Attorneys for Plaintiffs

2

DATED: Honolulu, Hawaii, _____JAN 0 3 2013_____.


RICHARD F. NAKAMURA
Attorney for Defendant
MARRIOTT OWNERSHIP RESORTS, INC.


DATED: Honolulu, Hawaii, _____December 27, 2012_____.


RANDALL Y. YAMAMOTO
Attorney for Defendant
KO OLINA COMMUNITY ASSOCIATION, INC.


KATHLEEN BOSCHETTO, et al. v. MARRIOTT VACATION WORLDWIDE CORP dba
MARRIOTT VACATION CLUB INTERNATIONAL, et al.; CIVIL NO.  12-1-2259-08
VLC; STIPULATION FOR PARTIAL DISMISSAL WITHOUT PREJUDICE OF ALL CLAIMS
AS AGAINST DEFENDANTS MARRIOTT OWNERSHIP RESORTS, INC. AND KO OLINA
COMMUNITY ASSOCIATION, INC.